Dominique Kostelac
P.O. Box 340
Ruckersville, VA 22968
Pro-Se Debtor

(434) 979-2952

RECEIVED AND FILED
AT LYNCHBURG VIRGINIA

2009 FEB 10 P 1: 17

JOHN W.L. CRAIG II, CLK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

| Dominique Kostelac | ) | |
|---|---|---|
| Debtor | ) | |
| vs. | ) | |
| | ) | CASE NO. 09-60083-WA3-13 |
| Select Portfolio Servicing | ) | |
| Creditor | ) | |
| | ) | |
| | ) | |

MOTION FOR VOLUNTARY DISMISSAL

Dear Judge William E. Anderson,

I respectfully request that the court accept my motion to voluntarily dismiss my chapter 13 case. I hope to preserve my rights to do so by requesting this dismissal and attend to pressing family matters for the near term. I am forwarding this motion to the trustee, Herbert L. Beskin at PO box 2103 Charlottesville VA 22902 via email as his staff has directed. I am attaching a copy of a draft order for the voluntary dismissal for the court's and the trustee's review.

Thank you for this consideration,

*[signature]*

Dominique Kostelac
Pro Se Debtor
P.O. Box 340
Ruckersville, VA 22968
(434) 979-2952